IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01126-WDM-KMT

MICHAEL DOYLE,

    Plaintiff,

v.

SGT. CELLA,
C.O. REYES,
LT. KEN TOPLISS,
LT. FAZZINO,
CASE MANAGER EVANS,
MAIL ROOM R. VIOLA,
LT. TOLLIS,
ASSOCIATE WARDEN FOSHEE, and
WARDEN ABBOTT,

    Defendants.

**ORDER**

This matter is before the court on Plaintiff's "Addendum to Preliminary Injunction and, Request for Amended Complaint" (#36, filed November 5, 2007), and "Addendum to Original Complaint and Motion to Amend Another Defendant" (#46, filed December 14, 2007). To the extent Plaintiff is seeking to amend his complaint, the Federal Rules of Civil Procedure provide that a party may amend a pleading by leave of court, and that leave shall be given freely when justice so requires. Fed. R. Civ. P. 15(a). Although the federal rules permit and require liberal construction and amendment of pleadings, the rules do not grant the parties unlimited rights of

amendment. A motion to amend may be denied on the grounds of undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, or futility of amendment. *Foman v. Davis*, 371 U.S. 178, 182 (1962).

When seeking leave of the court to amend a complaint, the motion to amend must detail the proposed amendments and the reasons why such amendments are necessary. In addition, the plaintiff must attach the proposed amended complaint to the motion. The proposed amended complaint must stand alone; it must contain all of the plaintiff's claims.

Here, the plaintiff does not describe the proposed amendment, nor does he attach a proposed amended complaint to his motion. As a result, it is impossible to determine if the proposed amendment is permissible. Therefore,

IT IS ORDERED that Plaintiff's motions (#36 and #46) are DENIED.

Dated this 21st day of April, 2008.

BY THE COURT:

s/ Kathleen M. Tafoya
KATHLEEN M. TAFOYA
United States Magistrate Judge