IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01126-WDM-KMT

MICHAEL DOYLE,

       Plaintiff,

v.

SGT. CELLA,
C.O. REYES,
LT. KENTOPLISS,
LT. FAZZINO,
EVANS, CASE MANAGER,
R. VIOLA, MAIL OFFICER,
LT. TOLLIS,
FOSHEE, ASSOCIATE WARDEN, and
ABBOTT, WARDEN,

       Defendants.

## ORDER TO CURE DEFICIENCY

Miller, Judge

    Plaintiff submitted a Notice of Appeal on October 15, 2008. I have determined that the document is deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue this appeal.

**(A)**   **Filing Fee**
      <u> X </u>   is not submitted

**(B)**   **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
      <u> X </u>   is not submitted
      <u>   </u>   is missing affidavit
      <u>   </u>   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
      <u>   </u>   is missing required financial information

  __  is missing an original signature by the prisoner
  __  is not on proper form (must use the court's current form)
  __  other_____

Accordingly, it is

  ORDERED that Plaintiff cure the deficiencies designated above within 30 days from the date of this order. Any papers that Plaintiff filed in response to this order must include the civil action number on this order. It is

  FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

  FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies within 30 days from the date of this order, the court of appeals will be so notified.

  DATED at Denver, Colorado this <u>22nd</u> day of October, 2008.

        BY THE COURT:

        s/ Walker D. Miller
        _____
        JUDGE, UNITED STATES DISTRICT
        COURT FOR THE DISTRICT OF COLORADO